1

2   **EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
3   1925 Century Park E #1700
Los Angeles, CA 90067
4   Telephone: 305-975-3320
scott@edelsberglaw.com
5

*Counsel for Plaintiff and Proposed Class*
6

7               **IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
8

9   RONNY MCCON,                              Case No. 8:21-CV-00123
individually and on behalf of all others
10  similarly situated,                         **CLASS ACTION**

11          *Plaintiff*,                        **NOTICE OF SETTLEMENT**

12  vs.
JURY TRIAL DEMANDED
13  SOAR COLLECTIVE, INC. d/b/a
ORANGE COUNTY CANNABIS
14  CLUB,

15          *Defendant.*

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**

# NOTICE OF SETTLEMENT

Plaintiff, Ronny Mccon, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: March 19, 2021

Respectfully Submitted,

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
CA Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
CA Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

2
NOTICE OF SETTLEMENT